**Alice H. CHANDLER et al., Movants,**

v.

**KINDRED HOMES, INC. et al., Respondents.**

and

**Hon. Sherman DEAN, Jr., Jessamine County Judge Executive et al., Movants,**

v.

**KINDRED HOMES, INC. et al., Respondents.**

Supreme Court of Kentucky.

Sept. 23, 1980.

Ben K. Wilmot, Wilmot and May, Stanford, for Kindred Homes, Inc.

Howard Downing, Nicholasville, for Hon. Sherman Dean, Jr., et al.

William Miles Arvin, Nicholasville, and William M. Lear, Jr., Carl Timothy Cone, Stoll, Keenon & Park, Lexington, for Alice H. Chandler, et al.

Alex F. Talbott, Louisville, for amicus curiae Louisville and Jefferson County Planning Commission.

Wilfrid Schroder, Covington, for amicus curiae Northern Kentucky Area Planning Commission.

## OPINION AND ORDER

The Court having considered briefs of parties and amici curiae herein, and having heard oral argument of parties, is of the opinion that the discretionary reviews were improvidently granted. See *Creative Displays, Inc. v. City of Florence, Kentucky, et al.*, Ky., 602 S.W.2d 682 (July 15, 1980).

Accordingly this Court's orders granting review are vacated, 598 S.W.2d 762, and these matters are remanded to the Court of Appeals, 605 S.W.2d 15, for the issuance of its mandates.

PALMORE, C. J., and AKER, CLAYTON, LUKOWSKY and STERNBERG, JJ., concur.

STEPHENS, J., did not participate in the consideration and disposition of these causes.

ENTERED September 23, 1980.

/s/ John S. Palmore
Chief Justice